1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
GERALYN A. GULSETH
4 Special Assistant United States Attorney
California Bar No. 160872

5

6          333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8923
7          Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

8

9 Attorneys for Defendant

           UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12

13 KENT HACKER,                    )
                                   )   No. EDCV 11-183 MAN
14                                 )
                                   )   [PROPOSED]
15        Plaintiff,               )   JUDGMENT OF REMAND
                                   )
16        v.                       )
                                   )
17 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
18                                 )
         Defendant.                )
19 _____)

20        The Court having approved the parties' Stipulation to Voluntary Remand

21 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and To Entry of Judgment

22 ("Stipulation To Remand") lodged concurrent with the lodging of the within

23 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND**

24 **DECREED** that the above-captioned action is remanded to the Commissioner of

25 Social Security for further proceedings consistent with the Stipulation of Remand.

26

27 DATED: November 2, 2011      _____
                                MARGARET A. NAGLE
28                              UNITED STATES MAGISTRATE JUDGE